[No. 16969-3-III.  Division Three.  February 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CHARLES MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 97-1-00047-5, Wallis W. Friel, J., entered August 26, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 17077-2-III.  Division Three.  February 18, 1999.]

THOMAS E. MYERS, *Respondent*, v. THE CITY OF CHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-04921-7, Neal Q. Rielly, J., entered November 3, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 17017-9-III.  Division Three.  February 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EUNICE DIANE EICKHOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00346-7, Greg D. Sypolt, J., entered October 16, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 17125-6-III.  Division Three.  February 18, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. RANDALL SCOTT FORMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-00694-1, Tom Reynolds, J., entered December 2, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.